UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 3:17-cv-00449-BJD-MCR

SHARON SPUNG and COURTNEY
THOMPSON,

     Plaintiffs,

vs.

UNITED HEALTHCARE SERVICES, INC., a
foreign corporation,

     Defendant.

_____/

**DEFENDANT, UNITEDHEALTHCARE SERVICES, INC.'S,
UNOPPOSED MOTION FOR ADDITIONAL EXTENSION OF TIME**

     Defendant, UnitedHealthcare Services, Inc., files this Unopposed Motion for Additional Extension of Time to serve its response to the Complaint.  <u>Plaintiff has no objection to the relief requested.</u>  In support, Defendant states as follows:

     1.     The Summons and Complaint in this matter were served on Defendant on March 27, 2017, and Defendant removed the action to this Court on April 17, 2017.

     2.     Pursuant to Fed.R.Civ.P. 81, the response to the Complaint was due to be served on April 24, 2017.  Pursuant to an Order entered on April 24, 2017 (D.E. 6), an extension was granted to May 8, 2017, to respond to the Complaint.

     3.     Due to the press of other business, undersigned counsel requires additional time to consult with her client prior to filing a response to the complaint, and therefore requests an additional 4 days to respond to the complaint, to and including May 12, 2017.

4.      This request is made in good faith and not to delay progress of this matter.

5.      Undersigned has conferred with counsel for Plaintiff, who has advised that Plaintiff has no objection to the relief requested.

WHEREFORE, Defendant, UnitedHealthcare Services, Inc., requests that this Honorable Court grant its Unopposed Motion for Additional Extension of Time to serve its response to the Complaint for an additional 4 days, or to May 12, 2017.

Respectfully submitted,

By:  /s/ *Jeannine C. Jacobson*
          Jeannine C. Jacobson
          Florida Bar No. 58777
          Sedgwick LLP
          One Biscayne Tower, Suite 1500
          Two South Biscayne Boulevard
          Miami, FL 33131-1822
          Telephone:     305.670.4777
          Facsimile:      877-540-6951
          jeannine.jacobson@sedgwicklaw.com

          *Counsel for UnitedHealthcare Services, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th day of May, 2017, a true and correct copy of the foregoing was served by electronic filing and the CM/ECF system, which will send notice to the attorneys listed below:

ARTHUR I. JACOBS, ESQ.
RICHARD J. SCHOLZ, ESQ.
Jacobs, Scholz & Associates, LLC
961687 Gateway Boulevard, Suite 201-I
Fernandina Beach, FL  32034
aijacobs@comcast.net
rscholz@jacobsscholzlaw.com

By:  /s/ *Jeannine C. Jacobson*
Jeannine C. Jacobson