UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 3:17-cv-00449-BJD-MCR

SHARON SPUNG and COURTNEY THOMPSON,

    Plaintiffs,

vs.

UNITED HEALTHCARE SERVICES, INC., a foreign corporation,

    Defendant.

_____/

### DEFENDANT UNITED HEALTHCARE SERVICES, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

- Arthur I. Jacobs, Esq., counsel for plaintiff;

- Richard J. Scholz, Esq., counsel for plaintiff;

- Jacobs, Scholz & Associates, LLC, counsel for plaintiff;

- Sharon Spung, plaintiff;

- Courtney Thompson, plaintiff;

- Jeannine Jacobson, counsel for defendant;

- Sedgwick LLP, counsel for defendant;

84745296v1

- United Healthcare Services, Inc., defendant;

- UnitedHealth Group, corporate parent of defendant;

- JPMorgan Chase Medical Plan (the "Plan"), the employee welfare benefit plan at issue.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or 20 largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiffs allege that they are entitled to benefits under the Plan on behalf of their daughter.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Respectfully submitted,

By: /s/ *Jeannine C. Jacobson*
Jeannine C. Jacobson
Florida Bar No. 58777
Sedgwick LLP
One Biscayne Tower, Suite 1500
Two South Biscayne Boulevard
Miami, FL 33131-1822
Telephone:   305.670.4777
Facsimile:    877-540-6951
jeannine.jacobson@sedgwicklaw.com

*Counsel for United HealthCare Services,*

*Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2017, a true and correct copy of the foregoing was served by electronic filing and the CM/ECF system, which will send notice to the attorneys listed below:

ARTHUR I. JACOBS, ESQ.
RICHARD J. SCHOLZ, ESQ.
Jacobs, Scholz & Associates, LLC
961687 Gateway Boulevard, Suite 201-I
Fernandina Beach, FL  32034
aijacobs@comcast.net
rscholz@jacobsscholzlaw.com

By:  /s/ *Jeannine C. Jacobson*
      Jeannine C. Jacobson